# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Lawrence Wright**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00288-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Mr. Orlando Case, et al**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2019 Order.

June 4, 2019

Frank G. Johns, Clerk
United States District Court